# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: PROTON-PUMP
INHIBITOR PRODUCTS
LIABILITY LITIGATION

**This Document Relates to:**
**All cases listed in Exhibit A**

2:17-MD-2789 (CCC)(MF)
(MDL 2789)
**and all member and related cases**

**Judge Claire C. Cecchi**

## ORDER OF DISMISSAL PURSUANT TO
## CASE MANAGEMENT ORDER NO. 39

On November 17, 2020, as required by CMO No. 39, Defendants provided counsel for certain Plaintiffs with a No PFS List identifying each Plaintiff who had failed to produce a PFS in response to Defendants' Notice of Non-Compliance in accordance with the timeline set forth in CMO No. 9 or CMO No. 47 ("No PFS List No. 4"). Pursuant to CMO No. 39 (Doc. 593), the Plaintiffs identified on No PFS List No. 4 were required, by February 15, 2020, to either: (a) challenge inclusion on No PFS List No. 4 by identifying the PFS previously produced to Defendant(s); or, (b) produce a signed and dated PFS as required by CMO No. 9. The 128 Plaintiffs enumerated on Exhibit A failed to do so.

The 21-day period following Defendants' submission of a proposed Dismissal Order to the Court set forth in CMO No. 39, in which any individual Plaintiff's counsel who believed a case was identified in error in Defendants' proposed Dismissal Order must have provided written notice to the Court of such error, has

passed.  None of the Plaintiffs identified on Exhibit A have provided such written notice.  Therefore, pursuant to CMO No. 39, their cases shall be dismissed without prejudice.

It is hereby ORDERED that the 128 cases identified on Exhibit A are DISMISSED without prejudiced.

**SO ORDERED** on this ____4th____ day of ____August____, 2021.

_____

**CLAIRE C. CECCHI, U.S.D.J.**

Exhibit A

| | Plaintiff Name | Case No | Plaintiff Firm |
|---|---|---|---|
| 1 | Abisso, Particia | 2:19-cv-10788 | Weitz & Luxenberg, P.C. |
| 2 | Abston, April | 2:19-cv-10794 | Weitz & Luxenberg, P.C. |
| 3 | Adams, Robert | 2:19-cv-09764 | Weitz & Luxenberg, P.C. |
| 4 | Anderson, Joyce | 2:19-cv-21824 | Weitz & Luxenberg, P.C. |
| 5 | Aquilar, Jose | 2:19-cv-20544 | Weitz & Luxenberg, P.C. |
| 6 | Bailey, Charles | 2:20-cv-05585 | Laminack, Pirtle, Martines |
| 7 | Bailey, Marlon J. | 2:19-cv-21795 | Weitz & Luxenberg, P.C. |
| 8 | Barnes, Sandra | 2:20-cv-01419 | Carey, Danis & Lowe |
| 9 | Birdsell, Jeremy | 2:19-cv-10834 | Weitz & Luxenberg, P.C. |
| 10 | Bright, Theresa | 2:19-cv-09712 | Weitz & Luxenberg, P.C. |
| 11 | Brown, Bernice | 2:20-cv-00771 | Carey, Danis & Lowe |
| 12 | Brown, Bessie | 2:19-cv-09713 | Weitz & Luxenberg, P.C. |
| 13 | Brown, Minnie | 2:19-cv-10776 | Weitz & Luxenberg, P.C. |
| 14 | Brown, Roger L. | 2:19-cv-10885 | Weitz & Luxenberg, P.C. |
| 15 | Brunson, Lena | 2:19-cv-10782 | Weitz & Luxenberg, P.C. |
| 16 | Bryant, Tameka | 2:19-cv-10790 | Weitz & Luxenberg, P.C. |
| 17 | Buchanan, Donna | 2:19-cv-22149 | Weitz & Luxenberg, P.C. |
| 18 | Buchheit, Thelma | 2:20-cv-00576 | Carey, Danis & Lowe |
| 19 | Burke, John | 2:19-cv-09795 | Weitz & Luxenberg, P.C. |
| 20 | Bynum, Tressie D. | 2:19-cv-10863 | Weitz & Luxenberg, P.C. |
| 21 | Cameron, Todd | 2:20-cv-00887 | Carey, Danis & Lowe |
| 22 | Campbell, James | 2:19-cv-10443 | Weitz & Luxenberg, P.C. |
| 23 | Canada, Sandra | 2:19-cv-10808 | Weitz & Luxenberg, P.C. |
| 24 | Caple, Deirdra | 2:19-cv-11949 | Weitz & Luxenberg, P.C. |
| 25 | Clark, Jeanne | 2:19-cv-10993 | Weitz & Luxenberg, P.C. |
| 26 | Colon, Gloria | 2:19-cv-11082 | Weitz & Luxenberg, P.C. |
| 27 | Copeland, Mattie | 2:19-CV-17729 | Carey, Danis & Lowe |
| 28 | Corbett, Randall J. | 2:19-cv-11865 | Weitz & Luxenberg, P.C. |
| 29 | Courtney, David L. | 2:19-cv-11614 | Weitz & Luxenberg, P.C. |
| 30 | Cutting, Darrol | 2:20-cv-00146 | Carey, Danis & Lowe |
| 31 | Daggett, Becky | 2:19-cv-21756 | Weitz & Luxenberg, P.C. |
| 32 | Dallas-Jones, Lenore | 2:18-cv-09023 | Napoli Shkolnik PLLC |
| 33 | Daugherty, Robert | 2:19-cv-21606 | Weitz & Luxenberg, P.C. |
| 34 | Davis, John | 2:20-cv-05490 | Goza Honnold Trial Lawyers |
| 35 | Dewitt, Frances | 2:19-CV-17435 | Carey, Danis & Lowe |
| 36 | Donaldson Ross, Pamela | 2:19-cv-22211 | Weitz & Luxenberg, P.C. |
| 37 | Doster, Phillip | 2:19-cv-11085 | Weitz & Luxenberg, P.C. |
| 38 | Eigl, Peter | 2:20-cv-00840 | Carey, Danis & Lowe |
| 39 | Evans, Mary | 2:19-cv-11156 | Weitz & Luxenberg, P.C. |
| 40 | Faison, Lillian | 2:19-cv-11574 | Weitz & Luxenberg, P.C. |
| 41 | Franklin, Roy | 2:19-cv-11049 | Weitz & Luxenberg, P.C. |
| 42 | Freeman, Jaswill | 2:19-cv-11571 | Weitz & Luxenberg, P.C. |
| 43 | French, Connie | 2:19-cv-21659 | Weitz & Luxenberg, P.C. |
| 44 | Gadsden, Monalito | 2:19-cv-15900 | Carey, Danis & Lowe |
| 45 | Gaudette, Tammy L. | 2:19-cv-11791 | Weitz & Luxenberg, P.C. |

Exhibit A

| 46 | Geraci, Marcia | 2:19-cv-21753 | Carey, Danis & Lowe |
|----|----------------|---------------|---------------------|
| 47 | Gerald, Catherine | 2:19-cv-21643 | Weitz & Luxenberg, P.C. |
| 48 | Green, Brenda | 2:19-cv-11104 | Weitz & Luxenberg, P.C. |
| 49 | Harris, Christine | 2:19-cv-10596 | Weitz & Luxenberg, P.C. |
| 50 | Harvey, Philip | 2:19-cv-21949 | Weitz & Luxenberg, P.C. |
| 51 | Helmet, Sherri L. | 2:19-cv-10599 | Weitz & Luxenberg, P.C. |
| 52 | Hollins, Joseph | 2:20-cv-03161 | Carey, Danis & Lowe |
| 53 | Holmes, Michael H. | 2:19-cv-10684 | Weitz & Luxenberg, P.C. |
| 54 | Houck, Stanley R. | 2:19-cv-11569 | Weitz & Luxenberg, P.C. |
| 55 | Hyman, Mary | 2:19-cv-10674 | Weitz & Luxenberg, P.C. |
| 56 | Isenberg, Sam | 2:19-cv-10876 | Weitz & Luxenberg, P.C. |
| 57 | Jensen, Elizabeth | 2:19-cv-22030 | Weitz & Luxenberg, P.C. |
| 58 | Jett, Roxanne | 2:19-cv-10690 | Weitz & Luxenberg, P.C. |
| 59 | Jimenez, Juanita | 2:19-cv-10883 | Weitz & Luxenberg, P.C. |
| 60 | Johnson, Gerald | 2:20-cv-01777 | Carey, Danis & Lowe |
| 61 | Johnson, India | 2:19-cv-10438 | Weitz & Luxenberg, P.C. |
| 62 | Jones, Wanda | 2:19-cv-10847 | Weitz & Luxenberg, P.C. |
| 63 | Lacy, Clyde | 2:19-cv-10455 | Weitz & Luxenberg, P.C. |
| 64 | Laurendeau, David | 2:19-cv-10698 | Weitz & Luxenberg, P.C. |
| 65 | Lawson, Ronald J. | 2:19-cv-21758 | Weitz & Luxenberg, P.C. |
| 66 | Leonard, Sheila | 2:19-cv-10458 | Weitz & Luxenberg, P.C. |
| 67 | Lockley, Turhan L. | 2:19-cv-10548 | Weitz & Luxenberg, P.C. |
| 68 | Loving, Pasente D. | 2:19-cv-10926 | Weitz & Luxenberg, P.C. |
| 69 | Lucas, Kurt | 2:20-cv-00889 | Carey, Danis & Lowe |
| 70 | Mailhot, Fernand L. | 2:19-cv-10733 | Weitz & Luxenberg, P.C. |
| 71 | Mallory, Brian H., Jr. | 2:19-cv-10707 | Weitz & Luxenberg, P.C. |
| 72 | Martin, Janice | 2:19-cv-10716 | Weitz & Luxenberg, P.C. |
| 73 | Martinson, Mickey | 2:19-cv-21620 | Weitz & Luxenberg, P.C. |
| 74 | Mathias, Sally K. | 2:19-cv-10736 | Weitz & Luxenberg, P.C. |
| 75 | McCombs, William S. | 2:19-cv-10933 | Weitz & Luxenberg, P.C. |
| 76 | McMillan, Cassandra | 2:19-cv-10480 | Weitz & Luxenberg, P.C. |
| 77 | McNeill, Margaret | 2:19-cv-17963 | Carey, Danis & Lowe |
| 78 | Mejides, Magda | 2:19-cv-21825 | Weitz & Luxenberg, P.C. |
| 79 | Montgomery, Shawn K. | 2:19-cv-21575 | Weitz & Luxenberg, P.C. |
| 80 | Moose, Jacob | 2:19-CV-17728 | Carey, Danis & Lowe |
| 81 | Morrison, Cleveland | 2:19-cv-11317 | Weitz & Luxenberg, P.C. |
| 82 | Morton, Bessie | 2:20-cv-00574 | Carey, Danis & Lowe |
| 83 | Norris, Jeanette | 2:19-cv-21689 | Weitz & Luxenberg, P.C. |
| 84 | Overy, Ingrit | 2:20-cv-00149 | Carey, Danis & Lowe |
| 85 | Paghense, Robert | 2:19-cv-11353 | Weitz & Luxenberg, P.C. |
| 86 | Paradis, Mary R. | 2:19-cv-10499 | Weitz & Luxenberg, P.C. |
| 87 | Parker, David | 2:19-cv-11358 | Weitz & Luxenberg, P.C. |
| 88 | Pemberton, Linda | 2:19-cv-11877 | Weitz & Luxenberg, P.C. |
| 89 | Pentecost, Thomas L. | 2:19-cv-11362 | Weitz & Luxenberg, P.C. |
| 90 | Peterson, Claire J. | 2:19-cv-21692 | Weitz & Luxenberg, P.C. |
| 91 | Pierre, Yvonne | 2:19-cv-10949 | Weitz & Luxenberg, P.C. |
| 92 | Powles, Dana M. | 2:19-cv-11882 | Weitz & Luxenberg, P.C. |

Exhibit A

| 93 | Pryor, Lillie | 2:20-cv-01230 | Carey, Danis & Lowe |
|---|---|---|---|
| 94 | Radcliff, Kelly | 2:19-cv-22186 | Weitz & Luxenberg, P.C. |
| 95 | Ramos, Lorraine | 2:20-cv-01010 | Weitz & Luxenberg, P.C. |
| 96 | Ramsey, John H. | 2:19-cv-10238 | Weitz & Luxenberg, P.C. |
| 97 | Robertson, Shantal | 2:19-cv-20836 | Weitz & Luxenberg, P.C. |
| 98 | Robertson, Sheryce | 2:19-cv-10567 | Weitz & Luxenberg, P.C. |
| 99 | Rock, Stephanie | 2:19-cv-11504 | Weitz & Luxenberg, P.C. |
| 100 | Rosasco, Kathryn | 2:19-cv-11419 | Weitz & Luxenberg, P.C. |
| 101 | Ruffin, JoAnn | 2:20-cv-01229 | Carey, Danis & Lowe |
| 102 | Santos, Fred | 2:19-cv-21572 | Weitz & Luxenberg, P.C. |
| 103 | Sawbridge, Marlene F. | 2:19-cv-21648 | Weitz & Luxenberg, P.C. |
| 104 | Shapiro, Joseph P. | 2:19-cv-21959 | Weitz & Luxenberg, P.C. |
| 105 | Silver, Nina | 2:20-cv-00566 | Carey, Danis & Lowe |
| 106 | Smith, Donna | 2:19-cv-10894 | Weitz & Luxenberg, P.C. |
| 107 | Spark, Christopher | 2:19-cv-10272 | Weitz & Luxenberg, P.C. |
| 108 | Stells, Erma | 2:19-cv-10507 | Weitz & Luxenberg, P.C. |
| 109 | Swilley, Sandra K. | 2:20-cv-00467 | Weitz & Luxenberg, P.C. |
| 110 | Taylor, Judith | 2:19-cv-11668 | Weitz & Luxenberg, P.C. |
| 111 | Thomas, Dentis | 2:20-cv-01043 | Napoli Shkolnik PLLC |
| 112 | Tracy, Janice | 2:20-cv-00147 | Carey, Danis & Lowe |
| 113 | Trosclair, Cheryl | 2:20-cv-03136 | Hissey, Mulderig & Friend PLLC f/k/a Hissey Kientz LLP |
| 114 | Tucker, Chester | 2:19-cv-11675 | Weitz & Luxenberg, P.C. |
| 115 | Walker, Charles | 2:19-cv-11678 | Weitz & Luxenberg, P.C. |
| 116 | Wallace, Joyce | 2:19-cv-21640 | Weitz & Luxenberg, P.C. |
| 117 | Ward, Carolyn L. | 2:19-cv-11701 | Weitz & Luxenberg, P.C. |
| 118 | Wells, Patricia | 2:20-cv-01017 | Weitz & Luxenberg, P.C. |
| 119 | Wenze, Jeffrey | 2:19-cv-10521 | Weitz & Luxenberg, P.C. |
| 120 | White, Cynthia | 2:19-cv-10532 | Weitz & Luxenberg, P.C. |
| 121 | Wiggins, Walter D. | 2:19-cv-11685 | Weitz & Luxenberg, P.C. |
| 122 | Wilkes, Debra | 2:19-cv-10585 | Weitz & Luxenberg, P.C. |
| 123 | Wills, Lori | 2:19-cv-11492 | Weitz & Luxenberg, P.C. |
| 124 | Wilson, Dorothy C. | 2:19-cv-21754 | Weitz & Luxenberg, P.C. |
| 125 | Winkler, John H. | 2:19-cv-12700 | Laminack, Pirtle, Martines |
| 126 | Wisdom, Connie | 2:19-cv-21457 | Carey, Danis & Lowe |
| 127 | Wright, Aristine | 2:19-cv-11709 | Weitz & Luxenberg, P.C. |
| 128 | Young, Theresa | 2:19-cv-10588 | Weitz & Luxenberg, P.C. |